Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Ryan L. McBride, Esq. (SBN: 297557)
ryan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Ave, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs and the putative class*
Anthony Barbano, Gamalih Mendoza,
Mary Means, Annmarie Ball, and Jose Rivera,
Individually and on Behalf of
All Others Similarly Situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY BARBANO, GAMALIH MENDOZA, MARY MEANS, ANNMARIE BALL, AND JOSE RIVERA, Individually and on Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**JP MORGAN CHASE BANK, N.A**.<br><br>Defendant. | CASE NO. 5:19-cv-01218-JGP-SP<br><br>**NOTICE OF SETTLEMENT** |

1   Please take notice: Plaintiffs Anthony Barbano, Gamalih Mendoza, Mary

2  Means, Annmarie Ball, and Jose Rivera ("Plaintiffs") and Defendant JP Morgan

3
4  Chase Bank, N.A. ("Defendant") (or jointly as the "Parties") have reached a class

5  settlement in this matter. The Parties anticipate that Plaintiffs will file an

6  Unopposed Motion for Preliminary Approval of Class Settlement within 45 days of

7
8  this notice.  The Parties request that all current deadlines be stayed pending the

9  filing of Plaintiff's motion.

10

11

12                                    **KAZEROUNI LAW GROUP, APC**

13  Date: February 2, 2021           By: _/s/ Ryan L. McBride_

14                                        Ryan L. McBride, Esq.
                                          Attorneys for Plaintiffs
15                                        and the putative class

16

17

18

19

20

21

22

23

24

25

26

27

28