# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY BARBANO, GAMALIH MENDOZA, MARY MEANS, ANNMARIE BALL, AND JOSE RIVERA, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>  Defendant. | CASE NO. 5:19-cv-01218 JGB(SPX)<br><br>**ORDER GRANTING JOINT REQUEST TO APPEAR TELEPHONICALLY OR BY ZOOM AT FINAL APPROVAL HEARING** |

1 | Pursuant to the parties' JOINT REQUEST TO APPEAR REMOTELY AT THE FINAL APPROVAL HEARING and good cause appearing, it is hereby ordered that the parties may appear by Zoom at the hearing set for Monday, October 18, 2021 at 9:00 a.m. The Zoom link can be found on the court's website at http://www.cacd.uscourts.gov/honorable-jesus-g-bernal.

IT IS SO ORDERED.

Dated: October 15, 2021

_____
Hon. Jesus G Bernal
United States District Judge